Edward J. Maney, Trustee, Bar #12256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| WILLIAM R ATCHISON | Case No. 2:15-08281-GBN |
| JAMIE S ATCHISON | |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 3+ months delinquent and no showing has been made of any just cause for the default.

    Total delinquency as of this date: $1,037.00
    The next scheduled payment is due: July 30, 2017

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by August 18, 2017. **Including any payment that come due within the guidelines of this Motion to Dismiss**
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file a Motion for a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: [see electronic signature]

Edward J. Maney, Esq.
Digitally signed by Edward J. Maney, Esq.
Date: 2017.07.21 13:26:30 -07'00'

Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 15-08281
Copies of the foregoing mailed (see electronic signature below) to the following:

Casey K. Yontz, Esq.
4856 E. Baseline Road
Suite #104
Mesa, AZ 85206-
Attorney for Debtor

WILLIAM R ATCHISON
2255 E. 28TH AVE.
APACHE JUNCTION, AZ 85119
Debtor

JAMIE S ATCHISON
2255 E. 28TH AVE.
APACHE JUNCTION, AZ 85119
Co-Debtor

Jackie Garcia
Digitally signed by Jackie Garcia
Date: 2017.07.24 10:16:17 -07'00'
Trustee's Clerk